LDA

| | | |
|---|---|---|
| PROB.22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:03CR30009-006<br><br>DOCKET NUMBER (Rec. Court)<br>CR 07-067 ML |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Dycia Santos | DISTRICT<br><br>MASSACHUSETTS | DIVISION |
| | NAME OF SENTENCING JUDGE<br><br>Michael A. Ponsor | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: August 21, 2006 / TO: August 20, 2011 |

OFFENSE

Conspiracy to Distribute and Possession with Intent to Distribute Cocaine, Cocaine Base, and Heroin; Distribution and Possession with Intent to Distribute Cocaine Base; Distribution and Possession with Intent to Distribute Cocaine; Distribution and Possession with Intent to Distribute Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3·6·07 — Michael A. Ponsor

*Date* — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 7, 2007 — Mary M. Lisi

*Date* — *Chief United States District Judge*