UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 03-30009-FHF |
| v. | ) | 21 U.S.C. §841 (Distribution of Cocaine, Cocaine Base and Heroin) |
| | ) | 18 U.S.C. § 2 (Aiding and Abetting) |
| 1) WILLIAM GUILBE,<br>2) EDUARDO GONZALEZ,<br>3) ALEXANDER PEREZ,<br>4) CARLOS BENITEZ,<br>5) ROBERTO ECHEVERRIA, JR.,<br>6) DYCIA SANTOS,<br>7) MIGUEL PEREZ, and<br>8) MIGUEL GONZALEZ<br>Defendants. | ) | 21 U.S.C. §846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin) |

DOCKETED

SUPERCEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE: (Title 21, United States Code, Section 846: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin)

1. From on or about December 2001, to on or about February 11, 2003, in Hampden County, in the District of Massachusetts,

WILLIAM GUILBE,
EDUARDO GONZALEZ,
ALEXANDER PEREZ,
CARLOS BENITEZ,
ROBERTO ECHEVERRIA, JR.,
DYCIA SANTOS,
MIGUEL PEREZ and
MIGUEL GONZALEZ

I hereby certify on 5/15/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others

unknown to the grand jury to commit an offense against the United States, namely, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, and cocaine, Schedule II controlled substances, and to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2;

2. The conspiracy described in Count One of this Indictment involved five kilograms or more of a mixture or substance containing cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this case.

3. The conspiracy described in Count One of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about April 24, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT THREE: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about May 1, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about May 15, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about May 29, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT SIX: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about June 13, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT SEVEN: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about July 11, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ, and
ALEXANDER PEREZ,

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT EIGHT</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about August 13, 2002, in Hampden County, in the District of Massachusetts,

CARLOS BENITEZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT NINE: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about September 6, 2002, in Hampden County, in the District of Massachusetts,

ALEXANDER PEREZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT TEN</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about November 1, 2002, in Hampden County, in the District of Massachusetts,

ALEXANDER PEREZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT ELEVEN: (Title 21, United States Code, Section 841: Distribution ad Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2)

1. On or about November 1, 2002, in Hampden County, in the District of Massachusetts,

ALEXANDER PEREZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

2. The offense described in Paragraph 1 of Count Eleven of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT TWELVE</u>: (Title 21, United States Code, Section 841: Distribution ad Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2)

1. On or about February 11, 2003, in Hampden County, in the District of Massachusetts,

DYCIA SANTOS,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

2. The offense described in Count Twelve of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT THIRTEEN: (Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

On or about February 11, 2003, in Hampden County, in the District of Massachusetts,

DYCIA SANTOS,

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT FOURTEEN</u>: (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Heroin; Title 18, United States Code, Section 2: Aiding and Abetting)

On or about February 11, 2003, in Hampden County, in the District of Massachusetts,

DYCIA SANTOS,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT FIFTEEN: (Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about February 11, 2003, in Hampden County, in the District of Massachusetts,

EDUARDO GONZALEZ,

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. The offense described in Count Fifteen of this Indictment involved five hundred grams or more of a mixture or substance containing cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through ---Fifteen of this Indictment,

WILLIAM GUILBE,
EDUARDO GONZALEZ,
ALEXANDER PEREZ,
CARLOS BENITEZ,
ROBERTO ECHEVERRIA, JR.,
DYCIA SANTOS,
MIGUEL PEREZ, and
MIGUEL GONZALEZ

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants --

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

A TRUE BILL

Gretchen Casagrande
Foreperson of the Grand Jury

TODD E. NEWHOUSE
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 20, 2003.

Deputy Clerk of Court