PRIOR

# United States District Court
# District of Massachusetts (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-30009-MAP-6
# Internal Use Only

Case title: USA v. Guilbe, et al
Magistrate judge case number: 3:03-mj-00614 3 _ cviu

Date Filed: 02/27/2003
Date Terminated: 03/09/2004

Assigned to: Judge Michael A Ponsor

**Defendant**

**Dycia Santos** (6)
*TERMINATED: 03/11/2004*

represented by **Mark L. Hare**
Hare, Stamm, Days & Harris
1350 Main Street
Suite 1000
Springfield, MA 01103
413-731-5800
Fax: 413-732-5828
Email: MLH@hare-stamm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mary Anne Stamm**
Hare, Stamm & Harris, P.A.
Suite 1000
Sovereign Bank Building
1350 Main Street
Springfield, MA 01103
413-731-5800
Fax: 413-732-5828
Email: mas@hare-stamm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mickey E. Harris**
Hare, Stamm & Harris, P.A.
Suite 1000
Sovereign Bank Building
1350 Main Street
Springfield, MA 01103
413-731-5800
Fax: 413-732-5828
Email: MEH3900@aol.com

I hereby certify on 5/15/07 that the foregoing document is true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE, COCAINE BASE AND HEROIN (1s) | 46 months imprisonment to consist of a term of 46 mos on all counts to be served concurrently; Jud Rec: Def be allowed to serve this sentence at the Federal Facility at Danbury CT; Def to self surrender on 4/6/04; 5 yrs supervised release on all counts to be served concurrently; Def shall not possess firearm; Def to participate in a program for substance abuse as directed by probation; Def shall use her true name and will be prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; $400 Assessment due immediately; |
| 21:841A=CD.F DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE 18 U.S.C. 2 AIDING AND ABETTING (12s) | |
| 21:841D=CD.F POSSESSION WITH INTENT TO DISTRIBUTE COCAINE AND 18 U.S.C. 2 AIDING AND ABETTING (13) | |
| 21:841D=CD.F POSSESSION WITH INTENT TO DISTRIBUTE COCAINE 18 U.S.C. 2 AIDING AND ABETTING DISPENSE (13s) | |
| 21:841D=CD.F DISTRIBUTION AND POSSESSIION WITH INTENT TO DISTRIBUTE HEROIN 18 U.S.C. 2 AIDING AND ABETTING (14s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

21:846=CP.M CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE, COCAINE BASE AND HEROIN
(1)

21:841D=CD.F DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BSE AND 18 U.S.C. 2 AIDING AND ABETTING
(12)

21:841B=CD.M DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN AND 18 U.S.C. 2 AIDING AND ABETTING
(14)

**Highest Offense Level (Terminated)**

Felony

**Complaints** | **Disposition**

None

---

**Notice**

**Pretrial Services**

---

**Plaintiff**

**USA** represented by **Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2003 | 11 | AMENDED COMPLAINT as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, filed. (Amended Complaint adds Defendants Echeverria, |

| | | |
|---|---|---|
| | | Santos and Miguel Perez.) [ 3:03-m -614 ] (bah) (Entered: 02/19/2003) |
| 02/12/2003 | 27 | MOTION by USA as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez for detention hearing , filed. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/12/2003 | | Judge Michael A. Ponsor. ENDORSED ORDER as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez granting [27-1] motion for detention hearing, ENTERED, cc:cl. "ALLOWED. Hearing will be February 14, 2003 at 10:00 a.m." [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/13/2003 | 13 | Submission by USA as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez regarding detention, filed. [ 3:03-m -614 ] (bah) (Entered: 02/19/2003) |
| 02/14/2003 | 28 | NOTICE of Appearance of counsel for Dycia Santos by Attorney Mark L. Hare. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/14/2003 | 29 | NOTICE of Appearance of counsel for Dycia Santos by Attorney Mary A. Stamm. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/14/2003 | | Detention hearing as to Roberto Echeverria Jr., Dycia Santos, Miguel Perez held. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/14/2003 | 31 | Judge Michael A. Ponsor. CLERK'S NOTES as to Roberto Echeverria Jr., Dycia Santos, Miguel Perez re: detention hearing. Deefts detained pending further hearing. Court Reporter: A. Moran [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/14/2003 | 32 | Judge Michael A. Ponsor. ORDER for Detention Pending Trial as to Dycia Santos, ENTERED, cc:cl. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/19/2003 | 35 | Judge Michael A. Ponsor. CLERK'S NOTES as to Dycia Santos re: detention hearing. Preliminary exam set for 2/26/03. Court Reporter: A. Moran [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/19/2003 | 38 | MOTION by Dycia Santos for reconsideration of [32-1] order for detention and to release Deft subject to conditions filed. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/19/2003 | 39 | AFFIDAVIT of Dycia Santos, by Dycia Santos re: [38-1] motion for reconsideration of [32-1] order for detention to release Deft subject to conditions, filed. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/19/2003 | 40 | AFFIDAVIT of Alexander Oquendo as to Dycia Santos re: [38-1] motion for reconsideration of [32-1] order for detention and to release Deft subject to conditions, filed. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/19/2003 | 41 | AFFIDAVIT of Tina Tyrell on behalf of Dycia Santos re: [38-1] motion for reconsideration of [32-1] order for detention to release Deft subject to |

Case 1:07-cr-00067-ML-LDA Document 2-4 Filed 05/17/2007 Page 5 of 13

| | | |
|---|---|---|
| | | conditions, filed. [ 3:03-m -614 ] (bah) (Entered: 02/21/2003) |
| 02/21/2003 | 51 | Memo from Pretrial Services as to Dycia Santos re: release (bah) (Entered: 03/03/2003) |
| 02/21/2003 | 52 | Judge Michael A. Ponsor. CLERK'S NOTES as to Dycia Santos re: bail review. Deft released- conditions executed. Court Reporter: Moran (bah) (Entered: 03/03/2003) |
| 02/21/2003 | 53 | Judge Michael A. Ponsor. ORDER entered setting Conditions of Release for Dycia Santos, cc:cl. [Conditions: execute $10,000 apr bond; third party custody of Tina Tyrrell and Alex Oquendo; report to PTS three times/wk; surrender passport; obtain no passport; travel restricted to MA; maintain residence at 837 State St. Apt 445, Spfd; no contact with co-defts; submit to drug testing as directed; curfew from 9:00 p.m.-7:00 a.m. (with BI)] (bah) (Entered: 03/03/2003) |
| 02/21/2003 | | $10,000 Appearance BOND entered as to Dycia Santos. (bah) (Entered: 03/03/2003) |
| 02/27/2003 | 55 | INDICTMENT returned William Guilbe (1) count(s) 1, Eduardo Gonzales (2) count(s) 1, 15, Alexander Perez (3) count(s) 1, 7, 9, 10, 11, Carlos Benitez (4) count(s) 1, 2-6, 7, 8, Roberto Echeverria (6) count(s) 1, Dycia Santos (7) count(s) 1, 12, 13, 14, Miguel Perez (8) count(s) 1 . (bah) (Entered: 03/03/2003) |
| 02/27/2003 | 56 | NOTICE of Appearance of counsel for USA , by Attorney Todd E. Newhouse (bah) (Entered: 03/03/2003) |
| 02/27/2003 | | Arraignment as to Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez held Eduardo Gonzales (2) count(s) 1, 15, Alexander Perez (3) count(s) 1, 7, 9, 10, 11, Carlos Benitez (4) count(s) 1, 2-6, 7, 8, Roberto Echeverria (6) count(s) 1, Dycia Santos (7) count(s) 1, 12, 13, 14, Miguel Perez (8) count(s) 1 . (bah) (Entered: 03/03/2003) |
| 02/27/2003 | | PLEA entered by Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez . Court accepts plea. Not Guilty: Eduardo Gonzales (2) count(s) 1, 15, Alexander Perez (3) count(s) 1, 7, 9, 10, 11, Carlos Benitez (4) count(s) 1, 2-6, 7, 8, Roberto Echeverria (6) count(s) 1, Dycia Santos (7) count(s) 1, 12, 13, 14, Miguel Perez (8) count(s) 1 (bah) (Entered: 03/03/2003) |
| 02/27/2003 | 57 | Mag. Judge Kenneth P. Neiman. CLERK'S NOTES as to Dycia Santos, Miguel Perez re: arraignment. Deft plead not guilty. Schedule estd- order to issue. Court Reporter: tape no. 03-19 (bah) (Entered: 03/03/2003) |
| 02/27/2003 | 58 | NOTICE of Appearance of counsel for Dycia Santos , by Attorney Mickey E. Harris. (bah) (Entered: 03/03/2003) |
| 02/27/2003 | 59 | Mag. Judge Kenneth P. Neiman. SCHEDULING ORDER as to Dycia Santos, Miguel Perez setting Status Conference 10:00 on 4/16/03 for William Guilbe, for Eduardo Gonzales, for Alexander Perez, for Carlos Benitez, for Roberto Echeverria Jr., for Dycia Santos, for Miguel Perez |

| | | |
|---|---|---|
| | | before Mag. Judge Kenneth P. Neiman, ENTERED, cc:cl. (bah) (Entered: 03/03/2003) |
| 02/28/2003 | 69 | SEALED DOCUMENT, filed AND PLACED IN VAULT. (bah) (Entered: 03/03/2003) |
| 03/03/2003 | 50 | Notice by Dycia Santos re Automatic Disclosure filed. c/s (mgl) (Entered: 03/03/2003) |
| 03/12/2003 | 76 | MOTION by USA , as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez to provide electronic surveillance material to Cl. for the Defts. , filed. (mef) (Entered: 03/13/2003) |
| 03/12/2003 | | Senior Judge Frank H. Freedman . ENDORSED ORDER as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez : granting [76-1] motion to provide electronic surveillance material to Cl. for the Defts. as to William Guilbe (1), Eduardo Gonzales (2), Alexander Perez (3), Carlos Benitez (4), Roberto Echeverria (6), Dycia Santos (7), Miguel Perez (8); cc/AUSA. (mef) (Entered: 03/13/2003) |
| 03/12/2003 | 77 | MOTION by USA , as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez for protective order re: tape recordings and docs. associated with electronic surveillance materials filed. (mef) (Entered: 03/13/2003) |
| 03/12/2003 | 78 | Senior Judge Frank H. Freedman. PROTECTIVE ORDER entered as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez : granting [77-1] motion for protective order re: tape recordings and docs. associated with electronic materials as to William Guilbe (1), Eduardo Gonzales (2), Alexander Perez (3), Carlos Benitez (4), Roberto Echeverria (6), Dycia Santos (7), Miguel Perez (8); cc/cl. (mef) (Entered: 03/13/2003) |
| 03/14/2003 | 81 | SEALED DOCUMENT as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, filed. (bah) (Entered: 03/17/2003) |
| 03/14/2003 | 87 | Letter (non-motion) filed by USA as to Dycia Santos, dated 2/13/03, re: discovery. (bah) (Entered: 03/17/2003) |
| 03/20/2003 | 89 | SUPERSEDING INDICTMENT returned as to William Guilbe (1) count 1s; Eduardo Gonzales (2) counts 1s, 15s; Alexander Perez (3) counts 1s, 7s, 9s-10s, 11s; Carlos Benitez (4) counts 1s, 2s-6s, 7s, 8s; Roberto Echeverria (5) count 1s; Dycia Santos (6) counts 1s, 12s, 13s, 14s; Miguel Perez (7) count 1s; Miguel Gonzalez (8) count 1 . (bah) (Entered: 04/02/2003) |
| 03/20/2003 | 90 | MOTION by USA as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez to seal superceding indictment , filed. (bah) (Entered: 04/02/2003) |

| | | |
|---|---|---|
| 03/20/2003 | | Mag. Judge Kenneth P. Neiman. ENDORSED ORDER as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez granting [90-1] motion to seal superceding indictment, ENTERED. (bah) (Entered: 04/02/2003) |
| 04/02/2003 | 109 | MOTION by USA as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez to unseal [89-1] superceding indictment , filed. (bah) (Entered: 04/16/2003) |
| 04/14/2003 | 107 | MEMORANDUM by USA as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez , filed. (jcs) (Entered: 04/14/2003) |
| 04/15/2003 | ◕ | Magistrate Judge Kenneth P. Neiman.ENDORSED ORDER granting [109] Motion to Unseal Case as to William Guilbe (1), Eduardo Gonzales (2), Alexander Perez (3), Carlos Benitez (4), Roberto Echeverria Jr. (5), Dycia Santos (6), Miguel Perez (7), Miguel Gonzalez (8), ENTERED. (Healy, Bethaney) (Entered: 06/13/2003) |
| 04/16/2003 | | Status conference as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Dycia Santos, Miguel Perez held. (bah) (Entered: 04/17/2003) |
| 04/16/2003 | 111 | Mag. Judge Kenneth P. Neiman. CLERK'S NOTES as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Dycia Santos, Miguel Perez re: arraignment and status conf. Defts plead not guilty to superceding indictment. Schedule estd- order to issue. Court Reporter: tape no. 03-43 (bah) (Entered: 04/17/2003) |
| 04/16/2003 | | PLEA entered by William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Dycia Santos, Miguel Perez. Court accepts plea. Not Guilty: William Guilbe (1) count 1s, Eduardo Gonzalez (2) counts 1s, 15s; Alexander Perez (3) counts 1s, 7s, 9s-10s, 11s; Carlos Benitez (4) counts 1s, 2s-6s, 7s, 8s; Dycia Santos (6) counts 1s, 12s, 13s, 14s; Miguel Perez (7) count 1s (bah) (Entered: 04/17/2003) |
| 04/16/2003 | | Arraignment as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Dycia Santos, Miguel Perez held William Guilbe (1) count 1s; Eduardo Gonzales (2) counts 1s, 15s; Alexander Perez (3) counts 1s, 7s, 9s-10s, 11s; Carlos Benitez (4) counts 1s, 2s-6s, 7s, 8s; Dycia Santos (6) counts 1s, 12s, 13s, 14s; Miguel Perez (7) count 1s. (bah) (Entered: 04/17/2003) |
| 04/16/2003 | 112 | Mag. Judge Kenneth P. Neiman. SCHEDULING ORDER setting Status Conference at 11:00 on 6/13/03 for William Guilbe, for Eduardo Gonzales, for Alexander Perez, for Carlos Benitez, for Dycia Santos, for Miguel Perez, for Miguel Gonzalez before Mag. Judge Kenneth P. Neiman, ENTERED, cc:cl. (bah) (Entered: 04/17/2003) |
| 04/16/2003 | 113 | Mag. Judge Kenneth P. Neiman. Interim STATUS REPORT filed by Magistrate as to William Guilbe, Eduardo Gonzales, Alexander Perez, |

| | | |
|---|---|---|
| | | Carlos Benitez, Dycia Santos, Miguel Perez Miguel Gonzalez, cc:cl. (bah) (Entered: 04/17/2003) |
| 04/17/2003 | 110 | MOTION by Dycia Santos to Modify Conditions of Release , filed. Referred to Mag. Judge Kenneth P. Neiman (jcs) (Entered: 04/17/2003) |
| 04/17/2003 | | Mag. Judge Kenneth P. Neiman. ENDORSED ORDER as to Dycia Santos granting [110-1] motion to Modify Conditions of Release, ENTERED, cc:cl. (bah) (Entered: 04/17/2003) |
| 04/29/2003 | 125 | Letter (non-motion) filed by Thomas F. McGuire , dated: 4/10/03, re: discovery.(date stamped 4/11/03) (jcs) (Entered: 04/29/2003) |
| 05/08/2003 | 128 | Letter (non-motion) filed by USA by Todd E. Newhouse as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez , dated: 5/8/03, re: discovery. c/s (mgl) (Entered: 05/08/2003) |
| 05/08/2003 | 129 | MOTION by Dycia Santos to amend [53-1] Order Setting Conditions of Release, allowing Deft to travel to Connecticut for Mother's Day weekend , filed. (bah) (Entered: 05/09/2003) |
| 05/08/2003 | | Mag. Judge Kenneth P. Neiman. ENDORSED ORDER as to Dycia Santos granting [129-1] motion to amend [53-1] Order Setting Conditions of Release, allowing Deft to travel to Connecticut for Mother's Day weekend, ENTERED, cc:cl. "ALLOWED, provided Defendant abides by all other applicable conditions of release, including curfew. So ordered." (bah) (Entered: 05/09/2003) |
| 05/21/2003 | 134 | MOTION to Amend [53] pre-trial conditions for memorial day weekend Order Setting Conditions of Release, filed by Dycia Santos as to Dycia Santos. (Lindsay, Maurice) (Entered: 05/21/2003) |
| 05/21/2003 | | Judge Kenneth P. Neiman : ORDER entered granting 134 Motion to Amend Conditions of Release as to Dycia Santos (6) (Stuckenbruck, John) (Entered: 05/22/2003) |
| 06/02/2003 | 135 | MOTION to Modify Conditions of Release as to Dycia Santos to secure a permanent residence at 66 Mill Street, Apt. 2L, Springfield MA. (Finn, Mary) (Entered: 06/02/2003) |
| 06/03/2003 | | Magistrate Judge Kenneth P. Neiman. ENDORSED ORDER granting 135 Motion to Modify Conditions of Release (change of residence) as to Dycia Santos, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/12/2003) |
| 06/11/2003 | 137 | SECOND JOINT MEMORANDUM pursuant to L.R. 116.5 of the parties by William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez filed. (Finn, Mary) (Entered: 06/11/2003) |
| 06/12/2003 | 138 | Letter (non-motion) regarding discovery obligations as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez filed. |

| | | |
|---|---|---|
| | | (Finn, Mary) (Entered: 06/12/2003) |
| 06/13/2003 | 139 | MOTION to Modify Conditions of Release as to Dycia Santos, allowing her to travel to Connecticut for Father's Day weekend, filed, c/s. (Healy, Bethaney) (Entered: 06/13/2003) |
| 06/13/2003 | | Magistrate Judge Kenneth P. Neiman. ENDORSED ORDER granting 139 Motion to Modify Conditions of Release as to Dycia Santos, allowing her to travel to Connecticut for Father's Day weekend, ENTERED, cc:cl.(Healy, Bethaney) (Entered: 06/13/2003) |
| 06/13/2003 | 140 | Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman.Status Conference as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez held on 6/13/2003. Time from 6/13/03-9/3/03 excluded from Speedy Trial calculation. Further schedule established. Orders and Report to issue. (Tape #03-65.) (Healy, Bethaney) (Entered: 06/13/2003) |
| 06/13/2003 | 141 | Magistrate Judge Kenneth P. Neiman.SCHEDULING ORDER as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez setting discovery motions due by 8/8/03; Govt's response to discovery motions by 8/22/03; final status conference set for 9/3/2003 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/13/2003) |
| 06/13/2003 | 142 | Magistrate Judge Kenneth P. Neiman. INTERIMSTATUS REPORT as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez ISSUED, cc:cl. (Healy, Bethaney) (Entered: 06/13/2003) |
| 06/13/2003 | 143 | Magistrate Judge Kenneth P. Neiman.ORDER ON EXCLUDABLE DELAY as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez ENTERED, cc:cl. Time excluded from 2/27/03-3/27/03 and from 4/10/03-9/3/03. (Healy, Bethaney) (Entered: 06/13/2003) |
| 06/26/2003 | 145 | MOTION to Amend pre-trial conditions for period from 6/28/03 through 6/30/03 as to Dycia Santos . (Lindsay, Maurice) (Entered: 06/26/2003) |
| 06/26/2003 | 146 | MOTION to Amend pre-trial Conditions for July 4th Weekend as to Dycia Santos . (Lindsay, Maurice) (Entered: 06/26/2003) |
| 06/27/2003 | | Magistrate Judge Kenneth P. Neiman.Endorsed ORDER entered granting 145 Motion to Amend as to Dycia Santos, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/30/2003) |
| 06/27/2003 | | Magistrate Judge Kenneth P. Neiman.Endorsed ORDER entered granting 146 Motion to Modify Conditions of Release (travel 6/28-30/03) as to Dycia Santos (6) (Healy, Bethaney) (Entered: 06/30/2003) |
| 07/24/2003 | 150 | SECOND SUPPL. BILL OF PARTICULARS Forfeiture of Assets as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, |

| | | |
|---|---|---|
| | | Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez by USA filed. (Finn, Mary) (Entered: 07/24/2003) |
| 08/04/2003 | 152 | MOTION to Modify Conditions of Release as to Dycia Santos to remove the curfew from 9:00 P.M. thru 7:00 A.M. filed. (Finn, Mary) (Entered: 08/04/2003) |
| 08/05/2003 | | Clerk received telephone message from U.S. Attorney's Office indicating no objection (deferral to Pretrial Services) to the motions to amend conditions of release filed by William Guilbe and Dycia Santos on 8/4/03. (Healy, Bethaney) (Entered: 08/05/2003) |
| 08/07/2003 | | Judge Kenneth P. Neiman : electronic ORDER entered granting 152 Motion to Modify Conditions of Release to Remove Curfew as to Dycia Santos (6). (Neiman, Kenneth) (Entered: 08/07/2003) |
| 08/25/2003 | | Judge update in case as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez. Judge Michael A Ponsor added. Judge Frank H. Freedman; (Stuckenbruck, John) (Entered: 08/25/2003) |
| 08/28/2003 | 157 | Third JOINT MEMORANDUM of the parties re: status conference by William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez, United States (Stuckenbruck, John) (Entered: 08/28/2003) |
| 09/03/2003 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman.Status Conference as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez held on 9/3/2003. Scheduling Order and Status Report to issue. (Court Reporter tape 03-D,E.) (Healy, Bethaney) (Entered: 09/04/2003) |
| 09/04/2003 | 158 | Magistrate Judge Kenneth P. Neiman.SCHEDULING ORDER as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez setting: Atty Groce shall file stmt re: potential atty confl. by 9/12/03; Govt may file motion to disqualify by 9/19/03; Status Conference on this matter set for 9/25/2003 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/04/2003) |
| 10/02/2003 | | electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez held on 10/2/2003 Defendants E. Gonzalez; A. Perez, R. Echeverria, and Dycia Santos to enter pleas - Status conf for remaining defendants set for 11/6/03 at 10:00 a.m. (Court Reporter A. Moran.) (French, Elizabeth) (Entered: 10/02/2003) |
| 10/02/2003 | | Set/Reset Deadlines/Hearings as to Dycia Santos : Change of Plea Hearing set for 11/6/2003 12:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 10/02/2003) |

| | | |
|---|---|---|
| 10/02/2003 | 163 | Govt's MOTION for Excludable Delay from October 2, 2003 to November 6, 2003 as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez by USA filed. (Finn, Mary) (Entered: 10/02/2003) |
| 10/02/2003 | 164 | Judge Michael A Ponsor : SCHEDULING ORDER entered as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez, the court orders as follows: Dft Echeverria will appear for a rule 11 proceeding on 11/5/03 at 11:00 am, Edwardo Gonzales rule 11 on 11/5/03 at noon, Alexander Perez rule 11 on 11/6/03 at 11:00 am, Dycia Santos rule 11 on 11/6/03 at noon, and Miguel Perez, Dycia Santos, Carlos Benitez and Miguel Ganzales will appear for a Status Conference set for 11/6/2003 at 10:00 AM before Honorable Michael A Ponsor. See Sched-Order for details. (Lindsay, Maurice) (Entered: 10/03/2003) |
| 10/03/2003 | | Judge Michael A Ponsor : ORDER entered granting 163 Motion to Exclude as to William Guilbe (1), Eduardo Gonzales (2), Alexander Perez (3), Carlos Benitez (4), Roberto Echeverria Jr. (5), Dycia Santos (6), Miguel Perez (7), Miguel Gonzalez (8) The interests of justice outweigh the usual interest in a speedy trial (French, Elizabeth) (Entered: 10/03/2003) |
| 11/05/2003 | 166 | Deft. Dycia Santos' motion to release her on conditions pending her sentencing filed. (Finn, Mary) (Entered: 11/05/2003) |
| 11/06/2003 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Dycia Santos held on 11/6/2003 Defendant to remain on release pending sentencing (Court Reporter Alice Moran.) (French, Elizabeth) Modified on 11/14/2003 (French, Elizabeth). (Entered: 11/14/2003) |
| 11/06/2003 | | Proceedings held before Judge Michael A Ponsor :Plea entered by Dycia Santos (6) Guilty Count 1s,12s,13s,14s. (French, Elizabeth) (Entered: 11/14/2003) |
| 11/06/2003 | 175 | Judge Michael A Ponsor : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Dycia Santos Sentencing set for 3/1/2004 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 11/14/2003) |
| 11/06/2003 | | Judge Michael A Ponsor : Electronic/Oral Order ORAL ORDER entered at Change of Plea Hearinggranting 166 Motion for Release from Custody as to Dycia Santos (6) Defendant to remain under same conditions of release (French, Elizabeth) (Entered: 01/30/2004) |
| 02/13/2004 | 193 | MOTION to Amend pre-trial conditions for 2/23/04 through 2/27/04 as to Dycia Santos . (Lindsay, Maurice) (Entered: 02/17/2004) |
| 02/18/2004 | 194 | Deft. Dycia Santos' motion to cont. the sentencing date of 3/01/2004 for one week filed. (Stuckenbruck, John) (Entered: 02/18/2004) |
| | | |

Case 1:07-cr-00067-ML-LDA Document 2-4 Filed 05/17/2007 Page 12 of 13

| | | |
|---|---|---|
| 02/18/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 193 Motion to Amend Pre-Trial Conditions as to Dycia Santos (6). (Neiman, Kenneth) (Entered: 02/18/2004) |
| 02/18/2004 | | Judge Michael A Ponsor : electronic endorsement ORDER entered as to Dycia Santos (6)granting 194 Motion to Continue sentencing - Sentencing reset to 3/9/04 at 2:30 p.m. (French, Elizabeth) (Entered: 02/18/2004) |
| 02/18/2004 | | Set/Reset Deadlines/Hearings as to Dycia Santos : Sentencing reset for 3/9/2004 02:30 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 02/18/2004) |
| 03/05/2004 | 203 | MOTION for downward Departure as to Dycia Santos . (Stuckenbruck, John) (Entered: 03/05/2004) |
| 03/05/2004 | 204 | SEALED MOTION AND AFFIDAVITas to Dycia Santos . (Stuckenbruck, John) (Entered: 03/05/2004) |
| 03/09/2004 | | electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 3/9/2004 for Dycia Santos (6), Count(s) 1s, 46 months imprisonment to consist of a term of 46 mos on all counts to be served concurrently; Jud Rec: Def be allowed to serve this sentence at the Federal Facility at Danbury CT; Def to self surrender on 4/6/04; 5 yrs supervised release on all counts to be served concurrently; Def shall not possess firearm; Def to participate in a program for substance abuse as directed by probation; Def shall use her true name and will be prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; $400 Assessment due immediately;. (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 03/11/2004) |
| 03/11/2004 | 210 | Judge Michael A Ponsor : ORDER entered JUDGMENT as to Dycia Santos (6), Count(s) 1s, 46 months imprisonment to consist of a term of 46 mos on all counts to be served concurrently; Jud Rec: Def be allowed to serve this sentence at the Federal Facility at Danbury CT; Def to self surrender on 4/6/04; 5 yrs supervised release on all counts to be served concurrently; Def shall not possess firearm; Def to participate in a program for substance abuse as directed by probation; Def shall use her true name and will be prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; $400 Assessment due immediately; (French, Elizabeth) (Entered: 03/11/2004) |
| 03/11/2004 | 211 | Judge Michael A Ponsor : ORDER entered STATEMENT OF REASONS as to Dycia Santos (French, Elizabeth) (Entered: 03/11/2004) |
| 03/15/2004 | | Case as to William Guilbe, Eduardo Gonzales, Alexander Perez, Carlos Benitez, Roberto Echeverria Jr., Dycia Santos, Miguel Perez, Miguel Gonzalez no longer referred to Kenneth P. Neiman; Kenneth P. Neiman; Kenneth P. Neiman; Kenneth P. Neiman; Kenneth P. Neiman; Kenneth P. Neiman; Kenneth P. Neiman and Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/18/2004) |

| | | |
|---|---|---|
| 03/23/2004 | 220 | Deft. Dycia Santos' motion to modify (amend) conditions of pretrial release to allow her to go to Rhode Island for the time period 3/29/04 - 4/03/04 filed. (Finn, Mary) (Entered: 03/24/2004) |
| 03/26/2004 | | Judge Michael A Ponsor : Electronic ORDER entered granting 220 Motion to Modify Conditions of Release as to Dycia Santos (6) (French, Elizabeth) (Entered: 03/26/2004) |
| 12/10/2004 | 274 | TRANSCRIPT of sentencing as to Dycia Santos held on 3/9/04 before Judge Ponsor. Court Reporter: Sarah Mubarek. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Stuckenbruck, John) (Entered: 12/13/2004) |
| 05/15/2007 | 318 | Probation Jurisdiction Transferred to District of Rhode Island as to Dycia Santos Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Stuckenbruck, John) (Entered: 05/15/2007) |